FILED
2011 JAN 24 PM 2:
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

CIVIL RIGHTS COMPLAINT FORM

Sammie Singleton # 2010033899

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 3:11-cv-69-J-20JRK
(To be supplied by Clerk's Office)

v.

Jacksonville Sheiff's office EtAL.,
John H. Rutherford - Sheriff
T. J. Means

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: 2E4A BB009 PDF, 500 E. Adams st. Jax, FL. 32202
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No (✓)

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (/)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (/)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (/)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (/)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 19th day of JANUrAry, 2011.

Sammie Singleton
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? Submitted Several grievance Forms / Inmate HandBook page 24 "Personal Appearance and Hygiene (Attached)

2. What were the results? unresolved Not in my Favor

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses (Attached Herein) grievance Dated 1-1-2011 page 24 of HandBook

D. If your answer is NO, explain why not: ______

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 19th day of Janurary, 2011.

Sammie Singleton
Signature of Plaintiff

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Sammie L. Singleton

Defendant(s): T. J. Means

2. Court (if federal court, name the district; if state court, name the county):

middle District of Florida, Jacksonville Division

3. Docket Number: 3:10-cv-1051-J-32TEM

4. Name of judge: Timothy J. Corrigan

5. Briefly describe the facts and basis of the lawsuit: plaintiff Alleges that defendant means discriminated against plaintiff's Nationality Rights As A Sovereign Rasamble of the Witchetaw Nation" by Requiring Plaintiff to cut his Hair (Locks) upon Admission to the mcc.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

dismissed without prejudice

7. Approximate filing date: November 15th 2010

8. Approximate disposition date: November 19th 2010

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Sammie L. Singleton #2010083899

Mailing address: 500 East Adams St. 2E4A-BB009
Jacksonville, Florida 32202

B. Additional Plaintiffs: ______

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: T. J. Means

Mailing Address: 4727 Lannie Rd
Jacksonville, Fl. 32218

Position: Correctional Officer

Employed at: Montgomery Correctional Center

D. Defendant: John H. Rutherford

Mailing Address: 501 E. Bay St
Jacksonville, Florida 32202-2975

Position: Chief Officer

Employed at: Jacksonville Sheriff's Office

E. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

F. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

G. Defendant: ______________________________

Mailing Address: ______________________________

______________________________

Position: ______________________________

Employed at: ______________________________

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each daim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Demanding/ordered/Requiring me to cut OFF my Hair, A.K.A. (Locks) is A Discrimination against my Nationality Rights As A Sovereign and Indigenous Rasonobe of the Witchetaw nation of muscs. pursuant to Treaty of 1835/August 24 7 Statute U.S. 474., Also Constitutional Rights of the First Amendment, and in violation of the inmate Handbook which states in part on page 24., if you are a pretrial or state sentenced inmate you are not required to have you hair cut..

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

on 10-5-2010, I was transferred from PTDF to MCC control station in Jax.Fl. the recieving officer T.J. Means #7642 ordered me to get a hair cut, at which time I refused with the reply that "I was a Rasonobe of the Witchetaw Nation of muscs, protected under the treaty Indians and Indigenous Sovereignty." officer means replied "this office Do not Honor any inmate refusal of Hair cutting or you will be tazed, pepper sprayed and D.R.ed. there after my locks was cut and my seashells was placed into my property. then I was given an inmate Handbook and Demanded an answer on several grievances as to why I was forced into cutting my Locks, But they went unanswered as to the true Reason of this denial while pretrial inmates was not required to get hair cuts.

Statement of Facts, continued:

Sheriff John H. Rutherford is the Head Commanding Officer over T.J.Means and must be held responsible for the Acts of His Employees Even when they display malicious intentions. MCC is a quadruple quarters which Houses unsentenced Non shaved or Haircut Inmates at the same compound.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The Plaintiff prays that this Court issue an order declaring Plaintiff A Rasonobe of the Witchetaw Nation of Moors and grant Plaintiff (1) $250,000.00 for the act of cutting plaintiff's locks. (2) $30,000.00 per day at 60 Days for housing unsentenced inmates without cutting there Heads (3) $1,000,000.00 in punitive Damages for a sum total of $3,050,008.00 and any other relief deemed Just and proper.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 19th day of January, 2011.

Sammie Singleton #2010033899

(Signatures of all Plaintiffs)

will be accepted for inmates at CTC that can be purchased through the commissary. Work Furlough Inmates will be allowed to have up to $30 dollars in their possession. Money in excess of the maximum allowable amount will be confiscated and placed in the inmate welfare fund, unless prior approval was obtained for use for a hearing or trial. Trusties housed at the Community Transition Center will be allowed to have up to five ($5) dollars in their possession. Inmates participating in the Substance Abuse Treatment program are not permitted to have money in their possession.

**PERSONAL APPEARANCE AND HYGIENE**

**Personal Appearance** - Guidelines for personal appearance and hygiene have been established for all pretrial and sentenced inmates. These guidelines were established for the purposes of security, and an increase in overall sanitation conditions for your health and well-being. You are required to present a clean and neat appearance at all times. A barber is available for haircuts.

If you are a pretrial or state sentenced inmate you are not required to have your hair cut but are required to abide by general regulations requiring you to maintain your hair in a clean and neat fashion. Pretrial inmates admitted to the Department of Corrections with hair that is dyed, cut, shaved or styled according to fads or extremes will not be required to change, but will not be permitted to continue the practice.

Pretrial inmates will be allowed to keep semi-permanent hair extensions that are sewn, woven, braided or glued to the scalp as long as the extensions remain affixed to the head. You have the option of removing the extensions and placing them in property at the time of your initial processing. If the hair extensions come off or are removed after initial processing and you turn them in to a corrections officer, they can be placed in your property. If a corrections officer finds them, they will be considered contraband and disposed of in an appropriate manner.

Wigs, hair ornaments, beads, comb-type extensions, or similar items that are not semi-permanently (woven, braided or glued) affixed to the scalp will be removed during intake and placed in the inmate's property.

All inmates are encouraged to keep fingernails clean and neatly trimmed so as not to extend one-eighth (1/8") inch beyond the end of the finger. Nail clippers are available by contacting the Correctional Officer supervising your housing area.

All pretrial and state sentenced male inmates are encouraged to shave daily.

**PERSONAL PROPERTY**

When you were admitted to the facility your personal property was inventoried and you were given a receipt for all personal items and clothing stored in the facility's property room. You are allowed to have one bag of authorized in-cell personal property in your sleeping cell, drawer, or locker. This includes commissary items, reading materials, personal letters, and legal or religious materials. You are allowed to have only two paperback books and four periodicals/publications in your possession at one time. This does not include reasonable amounts of religious or legal reading materials.

You are solely responsible for all personal property kept in your possession. Personal property must be stored neatly without excess clutter. Excess personal in-cell property will be confiscated for disposal. **Excess personal in-cell property will not be stored in the facility's property room.** You may mail out papers and excess reading materials – refer to the section on **MAIL**.

**PROGRAMS**

Each of our facilities offers a variety of programs that can make your stay with the Department of Corrections productive. You are encouraged to take advantage of these opportunities. Please ask any officer for more information regarding programs available for your classification. The following are some of the available programs. Programs are subject to change due to need and available funding.

**COMMUNITY SERVICE**

CTC provides services and opportunities that encourage inmates to take responsibility for their actions. Opportunities are based upon victim and community input and are fashioned in a way that seeks help for the harm done. This also includes paying restitution, donating community service hours, and satisfying court obligations such as fines and court costs.

**DAWN** (Developing Adults with Necessary Skills)

The DAWN program is for county sentenced inmates between the ages of 18 and 23, who have at least a five-month sentence, and are not high school graduates. The goal of the DAWN program is to provide selected inmates with an opportunity to earn a high school equivalency diploma, while receiving vocational and life skills training.

**EDUCATIONAL PROGRAMS**

Adult Basic Education (ABE) classes include reading, writing and arithmetic at the elementary and junior high school level. General Education Development (GED) classes include English, mathematics, science and social studies to prepare individuals to take the GED test to secure their high school equivalency diploma.

# DEPARTMENT OF CORRECTIONS
## DENIED CORRESPONDENCE REPORT

☒ PTDF ☐ MCC ☐ CCD

| Inmate's Name (Last, First, M.I.) |
|---|
| Singleton, Sammie RSA |
| Jail Number |
| 2010033879 B/m |
| Housing Assignment |
| 2E4A |

Reason (Check all that apply):

☒ Contraband Copies case information (Explain)

☐ Photographs

☐ Excess Reading Material

☐ Book or Magazine ________ (Explain)

☐ Item(s) Provided by Commissary

Disposition of mail:

☐ Returned to Sender

☐ Police Property Room

☒ Item(s) and/or Contraband Confiscated; Letters Delivered

[signature] 2084 12/9/10

Officer's Signature and I.D.# Date

Original To Mailroom
Copy To Inmate

Consolidated City Of Jacksonville
**OFFICE OF THE SHERIFF**

**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST/GRIEVANCE FORM

**PRINT** ALL INFORMATION

| | |
|---|---|
| DATE (MM-DD-YYYY) 1-1-2011 | JAIL # 2010033899 |
| FIRST NAME Sammie | LAST NAME Singleton |

■ PDF ☐ MCC ☐ CTC

HOUSING LOCATION / WORK ASSIGNMENT: 2E4A BB009

This form may be used to request information or a service, to request a Complaint Against an Employee Form, or to initiate a grievance concerning departmental policy, procedure, or any service of the Jacksonville Department of Corrections. **Requests for medical, dental or mental health services shall be made on a sign-up sheet with the designated medication nurse. Medical Grievances may *not* be requested on this form.**

**Please select one:** ☐ REQUEST ■ GRIEVANCE
**(NOTE: All grievances must be filed within 5 days of the alleged incident.)**

☐ CHAPLAIN ☐ CLASSIFICATION ☐ CLOTHING/BEDDING
☐ COMMISSARY ☐ COURT ☐ FOOD SERVICE
☐ INVESTIGATOR ☐ LAW LIBRARY ☐ MAIL
☐ OFFICER ☐ PROPERTY ROOM ☐ PROGRAMS

ATTN: WATCH COMMANDER

Please give a description of your request/grievance:

In the month of December, I submitted grievances (1) for the cutting of my hair, (2) Denial of Law Library (3) Denial of my mail (4) Seizure of personal property... Also Employee Complaint forms has been Requested but not given to me.... Sgt. Smith on 3-11 shift was the last person to discussed the issues. All I need are the grievance forms returned and the Employee complaint forms (4) in all given to me under the (PLRA).

Thank you

Copy of this Grievance maintained:

1-1-2011
Date Signed

Sammie Singleton
Your Signature (not valid without your signature)

*(Staff Response/Disposition will be noted on other side)*

**WARNING:** The Jacksonville Sheriff's Office regards this form as a legal document. Filing frivolous or false statements to a law enforcement official is a violation of the departmental rules and Florida State Statutes.

**P-0356 REV 08-2007**

# INMATE GRIEVANCE TRACKING

**THIS AREA FOR STAFF RESPONSE**

**STEP 1**

Sgt. Pr[redacted], D.R Date: 1 - 2 - 11

*Initials, Last Name and ID#*

DISPOSITION:

☒ Unresolved ☐ Resolved: Not in favor of the inmate ☐ Resolved: In favor of the inmate

☒ Referred To: Sgt. C. Smith.

Comments: I/M is complaining about not getting copies of his grievances returned to him.

**STEP 2**

Sgt Smith Date: 1-5-11

*Initials, Last Name and ID#*

DISPOSITION:

☐ Unresolved ☐ Resolved: Not in favor of the inmate ☐ Resolved: In favor of the inmate

☐ Referred To:

Comments: Returned blank Request forms & Emp complaint forms to I/M Singleton for resubmission/forwarding. Sgt Smith

**STEP 3**

Date: - -

*Initials, Last Name and ID#*

DISPOSITION:

☐ Unresolved ☐ Resolved: Not in favor of the inmate ☐ Resolved: In favor of the inmate

Comments: